SEALED

AO 442 (Rev 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **Kansas**

FILED
U.S. District Court
District of Kansas

OCT 17 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

PATRICK EUGENE STEIN

**WARRANT FOR ARREST**

Case Number: 16-M-6151-02-GEB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PATRICK EUGENE STEIN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

UNITED STATES MARSHAL RECEIVED

OCT 14 2016

WICHITA, KS

charging him or her with (brief description of offense)

Ct 1 - 18 USC 2 & 2332a(a)(2)(D) - Conspired with each other and with others, to use a weapon of mass destruction

☑ in violation of Title **18** United States Code, Section(s) **2 & 2332a(a)(2)(D)**

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
Name of Issuing Officer

s/ M. McGivern
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

October 14, 2016     at Wichita, Kansas
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/14/2016 | J. Reese Popst | /s/ Reese Popst |
| DATE OF ARREST 10/14/2016 | FBI Special Agent | |

AO 442    (Rev. 08/07) Warrant for Arrest (Page2)

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___PATRICK EUGENE STEIN_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____